## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Jose Luis-Gonzalez

CRIMINAL COMPLAINT
CASE: 16-10948M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 30, 2016 at or near Douglas, Arizona, in the District of Arizona, Jose Luis-Gonzalez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on May 14, 2016 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).

   Jose Luis-Gonzalez is a citizen of Mexico. On May 14, 2016, Jose Luis-Gonzalez was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On September 30, 2016, agents found Jose Luis-Gonzalez in the United States at or near Douglas, Arizona without the proper immigration documents. Jose Luis-Gonzalez did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Jose Luis-Gonzalez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Jose Luis-Gonzalez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 23, 2016, at or near Douglas, Arizona.

File Date: 10/03/2016

at Tucson, Arizona

Ryan Worden, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 10/03/2016

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 087 709 104