JOHN S. LEONARDO
United States Attorney
District of Arizona
ANNA DRONZEK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: anna.dronzek@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Jose Luis-Gonzalez<br><br>          Defendant. | CR 16-01998-TUC-CKJ<br><br>**GOVERNMENT'S AMENDED<br>SENTENCING MEMORANDUM** |

Plaintiff, United States of America, by its attorneys undersigned, hereby submits the following response to the defendant's to the final presentence report (PSR) issued in reference to the defendant, Jose Luis-Gonzalez, in the above captioned case. The government respectfully requests that this Court accept the plea agreement entered into by the parties in this matter. Sentencing is currently set for January 19, 2017.

Having reviewed the findings and recommendations in the PSR, the government has no objection to the guideline calculations and agrees that a total offense level of 10 applies to the offense of Reentry of Removed Alien, and that the defendant's criminal history places him in Criminal History Category IV. The resulting guideline range is 15 to 21 months. While the plea agreement stipulates to a sentencing range of six to 30 months, it also contemplates a two-level downward departure under U.S.S.G. §5K31.1 for this

district's Fast Track program.  Applied to the guidelines range, the Fast Track departure results in a sentencing range of 10 to 16 months.[1]

The government respectfully recommends a sentence of 13 months and one day. This is the defendant's third immigration conviction, after four deportations.  His longest prior sentence for illegal entry, six months, clearly did not deter him from again returning to the United States illegally, less than five months after his most recent deportation.  He also receives a benefit by being sentenced under the 2015 guidelines.  Accordingly, a term of 13 months and one day, followed by three years' supervised release, is "sufficient but not greater than necessary" to account for the nature and circumstances of the offense and the history and characteristics of the defendant, and to deter further criminal conduct.  18 U.S.C. §3553(a).

Respectfully submitted this 13th day of January, 2017.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Anna Dronzek*

ANNA DRONZEK
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 13th day of January, 2017, to:

Homero Torralba

Frances A. Soto, U.S. Probation Officer

---

[1] The defendant is being sentenced under the 2015 Guidelines Manual as use of the 2016 Guidelines would violate the ex post facto clause.